993 A.2d 869

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Sue ZORTMAN, Petitioner.**

Supreme Court of Pennsylvania.

April 16, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether an inoperable handgun is a firearm pursuant to 42 Pa.C.S. § 9712(e) for sentence enhancement purposes.